U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

JH

In the Matter of

Ala Mohammad, Plaintiff, v. Chicago Police Department, Defendant.

Case Number:

KC

FILED
NOV 21 2007
Nov. 21, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

07CV6587
JUDGE MANNING
MAGISTRATE JUDGE COLE

| | |
|---|---|
| NAME (Type or print) Rima Kapitan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Rima Kapitan | |
| FIRM CAIR-Chicago | |
| STREET ADDRESS 28 E. Jackson, Suite 1410 | |
| CITY/STATE/ZIP Chicago/IL/60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6286541 | TELEPHONE NUMBER 312-212-1520 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |