**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ala Mohammad
        Plaintiff,

v.              Case No.: 1:07−cv−06587
              Honorable Blanche M. Manning

Chicago Police Department
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 24, 2008:

  MINUTE entry before Judge Blanche M. Manning : Case called for status. Plaintiff failed to appear. Status hearing reset for 2/26/2008 at 11:00 AM. If plaintiff fails to appear at the next hearing, this case will be dismissed for want of prosecution.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.