**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Ala Mohammad
                Plaintiff,

v.　　　　　　　　　　　　　　　　　Case No.: 1:07−cv−06587
　　　　　　　　　　　　　　　　　　Honorable Blanche M. Manning

Chicago Police Department
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

　　　MINUTE entry before Judge Blanche M. Manning :Status hearing held and continued to 4/10/2008 at 11:00 AM. Plaintiff's oral motion for leave to file an amended complaint is granted. Pliantiff is given to 4/3/2008 to file the amended complaint. The parties are directed to file the initial status report as outlined on this court's web page by 4/3/2008.Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.