UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Ala Mohammad
                        Plaintiff,

v.                                           Case No.: 1:07−cv−06587
                                                      Honorable Blanche M. Manning

Chicago Police Department
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Jeffrey Cole :Status hearing is set for 5/6/2008 at 8:30 a.m. Plaintiff is to notify defendant of the status date upon service of the amended complaint. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.