IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALA MOHAMMAD, | ) | 07 C 6587 |
|     **Plaintiff,** | ) | |
| | ) | **Judge Manning** |
| v. | ) | |
| | ) | **Magistrate Judge Cole** |
| CITY OF CHICAGO, | ) | |
| | ) | |
| | ) | |
|     **Defendant.** | ) | |

### NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on Thursday, March 20, 2008 at 11:00 a.m., I shall appear before Judge Blanche M. Manning in Room 2125 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT,** a copy of which is hereby served upon you.

Dated: March 17, 2008

                            MARA S. GEORGES
                            CORPORATION COUNSEL
                            CITY OF CHICAGO

                     BY:   **/s/ Marcela D. Sánchez**
                            MARCELA D. SÁNCHEZ
                            Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9332

### CERTIFICATE OF SERVICE

      Marcela D. Sánchez, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Notice of Motion** and **DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT,** to be served electronically upon all represented parties via the CM/ECF system this 17th day of March, 2008.

                                                      **/s/ Marcela D. Sánchez**