UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Ala Mohammad
                          Plaintiff,

v.                                                  Case No.: 1:07−cv−06587
                                                  Honorable Blanche M. Manning

Chicago Police Department
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 19, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: This case having been referred, in part, for ruling on all nondispositive pretrial motions, defendant City of Chicago's unopposed motion for extension of time to answer or otherwise plead to plaintiff's amended complaint [20] shall be re−noticed before Magistrate Judge Cole.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.