IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALA MOHAMMAD, | ) | 07 C 6587 |
| **Plaintiff,** | ) | |
| | ) | Judge Manning |
| v. | ) | |
| | ) | Magistrate Judge Cole |
| CITY OF CHICAGO, | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that, on Tuesday, March 25, 2008 at 8:30 a.m., I shall appear before Magistrate Judge Jeffrey Cole in Room 1838 of the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present the **DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT,** a copy of which is hereby served upon you.

Dated: March 19, 2008

               MARA S. GEORGES
               CORPORATION COUNSEL
               CITY OF CHICAGO

          BY: **/s/ Marcela D. Sánchez**
             MARCELA D. SÁNCHEZ
             Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9332

## CERTIFICATE OF SERVICE

  Marcela D. Sánchez, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Notice of Motion** and **DEFENDANT CITY OF CHICAGO'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S AMENDED COMPLAINT,** to be served electronically upon all represented parties via the CM/ECF system this 19th day of March, 2008.

               **/s/ Marcela D. Sánchez**