# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6587 | **DATE** | 3/20/2008 |
| **CASE TITLE** | Mohammad v. Chicago Police Department | | |

**DOCKET ENTRY TEXT**

Defendant's unopposed motion for extension of time to answer or otherwise plead to plaintiff's amended complaint [20] is granted. No appearance is necessary on 3/25/08 at 8:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|