UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Ala Mohammad
                    Plaintiff,

v.                                                Case No.: 1:07−cv−06587
                                                Honorable Blanche M. Manning

Chicago Police Department
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 10, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning:Status hearing held on 4/10/2008. Status hearing set for 6/5/2008 at 11:00 AM. The court adopts the parties discovery scheduling plan. Plaintiff is given to and including 5/16/2008 to amend all pleadings, and to 5/16/2008 to add any additional parties. Defendant is given to and including 6/16/2008 to amend all pleadings, and to 6/16/2008 to add any additional parties. All fact discovery ordered closed by 7/31/2008. Expert discovery to commence thereafter, with plaintiff's experts disclosed by 8/22/2008 and deposed by 9/12/2008. Defendant's experts disclosed by 10/3/2008, and deposed by 10/24/2008. Dispositive motions due by 9/5/2008 in accordance with this court's standing order.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.