IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALA MOHAMMAD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 07 C 6587 |
| | ) | |
| v. | ) | Judge Manning |
| | ) | |
| CITY OF CHICAGO, | ) | Magistrate Judge Cole |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

<u>To:</u>   Patricia Kemling
         Counsel on American-Islamic Relations
         Chicago Chapter
         28 E. Jackson, Suite 1410
         Chicago, IL 60604

    PLEASE TAKE NOTICE that on April 21, 2008, I filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division (1) DEFENDANT CITY OF CHICAGO'S MOTION TO DISMISS IN PART PLAINTIFF'S AMENDED COMPLAINT and (2) DEFENDANT CITY OF CHICAGO'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS IN PART PLAINTIFF'S AMENDED COMPLAINT, copies of which are attached hereto and served upon you.

    **PLEASE TAKE FURTHER NOTICE** that on Tuesday, **April 29, 2008, at 11:00 a.m.,** or as soon thereafter as counsel may be heard, I will appear before the Honorable Judge Manning or before such other Judge or Magistrate sitting in her stead, and present the above motion.

    DATED at Chicago, Illinois, this 21st day of April, 2008.

                                          Respectfully submitted,

                       By:   <u>s/ Kenneth Charles Robling</u>
                                 KENNETH CHARLES ROBLING
                                 Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, IL 60602
(312) 742-0116

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on April 21, 2008, he caused to be served, by Northern District of Illinois Electronic Case Filing System, true and correct copies of the following: (1) DEFENDANT CITY OF CHICAGO'S MOTION TO DISMISS IN PART PLAINTIFF'S AMENDED COMPLAINT, (2) DEFENDANT CITY OF CHICAGO'S MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS IN PART PLAINTIFF'S AMENDED COMPLAINT, and (3) NOTICE OF MOTION regarding same, to the following person:

**Patricia Kemling**
**Counsel on American-Islamic Relations**
**Chicago Chapter**
**28 E. Jackson, Suite 1410**
**Chicago, IL 60604**
attorney@cairchicago.org

s / Kenneth Charles Robling
KENNETH CHARLES ROBLING
Assistant Corporation Counsel