UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Ala Mohammad
                         Plaintiff,

v.                                                       Case No.: 1:07−cv−06587
                                                          Honorable Blanche M. Manning

Chicago Police Department, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2008:

      MINUTE entry before Judge Honorable Blanche M. Manning: The parties have advised Magistrate Judge Cole that they have reached a settlement. Status hearing previously set for 6/5/2008 is reset to 5/1/2008 at 11:00 AM. along with defendant's motion to dismiss [28], which is entered and continued to 5/1/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.