UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Ala Mohammad
                                   Plaintiff,
v.                                                    Case No.: 1:07−cv−06587
                                                      Honorable Blanche M. Manning
Chicago Police Department, et al.
                                   Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2008:

    MINUTE entry before Judge Honorable Blanche M. Manning: Minute entry of 4/23/08 having been partially entered in error, the status hearing set for to 5/1/2008 is reset back to the original date of 6/5/2008 at 11:00 AM. The continued date for defendant's motion to dismiss [28] remains set to 5/1/2008 as the court will not be sitting on 4/29/2008.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.