# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Blanche M. Manning | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6587 | **DATE** | 5/6/2008 |
| **CASE TITLE** | Mohammad vs. City Police Department | | |

**DOCKET ENTRY TEXT**

Status hearing held and continued to June 5, 2008 at 8:30 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|