# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ala Mohammad

                                               Plaintiff,

v.                                                     Case No.: 1:07−cv−06587
                                                                 Honorable Blanche M. Manning

Chicago Police Department, et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 4, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Status hearing set to 6/5/2008 is hereby stricken. New dates, as necessary, will be set forth in the ruling on the motion to dismiss. Additionally, proceedings before Magistrate Judge Cole are ongoing.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.