IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALA MOHAMMAD, | ) | 07 C 6587 |
|         **Plaintiff,** | ) | |
| | ) | Judge Manning |
| v. | ) | |
| | ) | Magistrate Judge Cole |
| CITY OF CHICAGO, | ) | |
| | ) | |
| | ) | |
|         **Defendant.** | ) | |

## NOTICE OF FILING

**TO**:   Patricia Kemling, Esq.
        Council on American-Islamic
        Relations, Chicago Chapter (CAIR-Chicago)
        28 East Jackson Blvd., Suite 1410
        Chicago, Illinois 60604

**PLEASE TAKE NOTICE** that on June 12, 2008, I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT CITY OF CHICAGO'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS IN PART PLAINTIFF'S AMENDED COMPLAINT,** a copy of which is hereby served upon you.

Dated: June 12, 2008                                MARA S. GEORGES
                                                              CORPORATION COUNSEL
                                                              CITY OF CHICAGO

                                                BY:    **/s/ Marcela D. Sánchez**
                                                              MARCELA D. SÁNCHEZ
                                                             Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-9332

## CERTIFICATE OF SERVICE

      Marcela D. Sánchez, an attorney, hereby certifies that she caused a true and correct copy of the foregoing **Notice of Filing** and **DEFENDANT CITY OF CHICAGO'S REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS IN PART PLAINTIFF'S AMENDED COMPLAINT,** to be served electronically upon all represented parties via the CM/ECF system this 12th day of June, 2008.

                                                                       **/s/ Marcela D. Sánchez**