## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Ala Mohammad
                              Plaintiff,

v.                                         Case No.: 1:07−cv−06587
                                                      Honorable Blanche M. Manning

Chicago Police Department, et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 7, 2008:

      MINUTE entry before the Honorable Jeffrey Cole:Unopposed motion for extension of time for discovery [41] is denied without prejudice for two reasons: 1) No courtesy copy was served as required by Local Rule 5.2 and 2) Plaintiff did not appear in support of the motion. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.