IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Ala Mohammad,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>City of Chicago,<br><br>　　　　　Defendant. | No.　07-6587 |

NOTICE OF MOTION

PLEASE TAKE NOTICE that Plaintiff will present his Unopposed Motion for Extension of Time for Discovery to Judge Cole in courtroom 1838 on Friday July 11, 2008 at 8:30 a.m.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　s/ Rima Kapitan

　　　　　　　　　　　　　　　　　　　　　　Rima N. Kapitan, Esq.
　　　　　　　　　　　　　　　　　　　　　　Attorney # 6286541
　　　　　　　　　　　　　　　　　　　　　　CAIR-Chicago
　　　　　　　　　　　　　　　　　　　　　　28 East Jackson Blvd., Suite 1410
　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　　　　　Ph:　　312.212.1520
　　　　　　　　　　　　　　　　　　　　　　Fax:　　312.212.1530
　　　　　　　　　　　　　　　　　　　　　　rima@cairchicago.org

CERTIFICATE OF SERVICE

    I, Rima Kapitan, hereby certify that on July 7, 2008 I filed electronically the foregoing Notice of Motion, which constitutes service to Kenneth Charles Robling, kenneth.robling@cityofchicago.org and Marcela D Sanchez, msanchez@cityofchicago.org, who are registered participants of the CM/ECF system.

    s/ Rima Kapitan

    Rima N. Kapitan, Esq.
    Attorney # 6286541
    CAIR-Chicago
    28 East Jackson Blvd., Suite 1410
    Chicago, Illinois 60604
    Ph:    312.212.1520
    Fax:    312.212.1530
    rima@cairchicago.org