# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6587 | **DATE** | 7/7/2008 |
| **CASE TITLE** | Ala Mogammad vs. City of Chicago | | |

**DOCKET ENTRY TEXT**

Unopposed motion for extension of time for discovery is granted. Fact discovery deadline is 9/11/08; Plaintiff's expert disclosure: 10/3/08; Plaintiff's expert deposition: 10.24.08; Defendant's expert disclosure: 11/14/08; Defendant's expert deposition: 12/12/08; Dispositive motions: 10/17/08. No appearance is necessary on Friday, 7/11/08 at 8:30 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|