IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALA MOHAMMAD, | ) | |
| | ) | No. 07 C 6587 |
| **Plaintiff,** | ) | |
| | ) | Hon. Blanche M. Manning |
| v. | ) | Judge Presiding |
| | ) | |
| CITY OF CHICAGO, | ) | Magistrate J. Cole |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF MOTION

TO:   Kenneth C. Robling, Esq.
Marcela D. Sanchez, Esq.
City of Chicago
30 N. LaSalle Street, Suite 1020
Chicago, IL 60602

PLEASE TAKE NOTICE that on Wednesday, September 3, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Magistrate Judge Cole in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present JOINT MOTION FOR EXTENSION OF DISCOVERY CUT-OFF, which time and place you may appear, if you see fit.

Respectfully submitted,

/s/Kevin Vodak
Kevin Vodak
Council on American-Islamic Relations,
Chicago Chapter
(CAIR-Chicago)
28 East Jackson Boulevard
Suite 1410
Chicago, Illinois 60604
312.212.1520

**CERTIFICATE OF SERVICE**

  I, Kevin Vodak, hereby certify that on or before 4:30 p.m., August 28, 2008, I served a copy of the referenced Motion to all counsel on record pursuant to the Court's CM/ECF filing system.

               /s/Kevin Vodak
               Kevin Vodak
               Council on American-Islamic Relations,
               Chicago Chapter
               (CAIR-Chicago)
               28 East Jackson Boulevard
               Suite 1410
               Chicago, Illinois 60604
               312.212.1520