IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALA MOHAMMAD, | ) | |
| Plaintiff, | ) | No. 07 C 6587 |
| v. | ) | Judge Manning |
| CITY OF CHICAGO, | ) | Magistrate Judge Cole |
| Defendant. | ) | |

## NOTICE OF MOTION

To:  Kevin Vodak, Esq.
Council on American-Islamic Relations,
Chicago Chapter
(CAIR-Chicago)
28 East Jackson Boulevard
Suite 1410
Chicago, Illinois  60604

PLEASE TAKE NOTICE that at **8:30 a.m. on Wednesday, September 3, 2008**, Defendant will appear before the Honorable Magistrate Judge Cole, or any judge sitting in his stead, and present its **Agreed Motion for Entry of a Protective Order**, a copy of which has been served upon you.

Dated: August 28, 2008                    Respectfully submitted,

By:   /s/ *Kenneth Charles Robling*
Kenneth Charles Robling
Senior Counsel
Employment Litigation Division
30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-0116

## CERTIFICATE OF SERVICE

 I, Kenneth Charles Robling, an attorney, certify that on August 28, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

By: /s/ *Kenneth Charles Robling*