# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6587 | **DATE** | 9/3/2008 |
| **CASE TITLE** | Mohammad vs. Chicago Police Department | | |

**DOCKET ENTRY TEXT**

Status hearing held. Plaintiff's joint motion for extension of discovery cut-off [49] is granted. The Court adopts the parties proposed schedule. Fact discovery deadline shall be 10/2/08. All discovery related to plaintiff's damages due by 10/23/08. Plaintiff's expert disclosures due 10/24/08, to be deposed by 11/14/08. Defendant's expert disclosures due 12/5/08, to be deposed by 12/29/08. Dispositive motions due 11/20/08. Defendant's agreed motion for entry of a protective order [51] is granted. Enter Agreed Protective Order.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | CDH |
|---|---|---|