IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALA MOHAMMAD, | ) | |
| | ) | No. 07 C 6587 |
| Plaintiff, | ) | |
| | ) | Hon. Blanche M. Manning |
| v. | ) | Judge Presiding |
| | ) | |
| CITY OF CHICAGO, | ) | Magistrate J. Cole |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

TO:    Kenneth C. Robling, Esq.
        Marcela D. Sanchez, Esq.
        City of Chicago
        30 N. LaSalle Street, Suite 1020
        Chicago, IL 60602

      PLEASE TAKE NOTICE that on Thursday, September 18, 2008 at 8:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Magistrate Judge Cole in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present PLAINTIFF'S MOTION TO COMPEL DISCOVERY RELATED TO TARA TRAINING, which time and place you may appear, if you see fit.

                                                          Respectfully submitted,


                                                          /s/Kevin Vodak
                                                          Kevin Vodak
                                                          Council on American-Islamic Relations,
                                                          Chicago Chapter
                                                          (CAIR-Chicago)
                                                          28 East Jackson Boulevard
                                                          Suite 1410
                                                          Chicago, Illinois 60604
                                                          312.212.1520

**CERTIFICATE OF SERVICE**

    I, Kevin Vodak, hereby certify that on or before 4:30 p.m., September 15, 2008, I served a copy of the referenced Motion to all counsel on record pursuant to the Court's CM/ECF filing system.

/s/Kevin Vodak
Kevin Vodak
Council on American-Islamic Relations,
Chicago Chapter
(CAIR-Chicago)
28 East Jackson Boulevard
Suite 1410
Chicago, Illinois 60604
312.212.1520